IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**KRISTOPHER ORION PARKS**                                                        **PLAINTIFF**

V.                              **CASE NO. 2:24-CV-2137**

**SHERIFF JIMMY DAMANTE, et. al.**                                          **DEFENDANTS**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 5) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 2nd day of January, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE